**No. P66/12.**—Roto Bag Machine Corp. and Jung Forwarding Co., Inc. *v.* United States, protest 64/25284 (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of bag-making machines and parts thereof which parts are dedicated to use on or for said bag-making machines similar in all material respects to those the subject of *Roto Bag Machine Corp. and Rohner, Gehrig & Co., Inc.* v. *United States* (48 Cust. Ct. 401, Abstract 66656), the claim of the plaintiffs was sustained.

**No. P66/13.**—C. A. Reed & Co., Inc. *v.* United States, protest 325228–K (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of cup-making machines similar in all material respects to those the subject of *Gallagher & Ascher Company* v. *United States* (53 Cust. Ct. 290, Abstract 68823), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 4, 1966

**No. P66/14.**—John H. Faunce Phila., Inc., et al. *v.* United States, protests 62/5813, etc. (Philadelphia).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of battery-operated mixers similar in all material respects to those the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (53 Cust. Ct. 231, Abstract 68674), the claim of the plaintiffs was sustained.